No. D–371.   IN RE DISBARMENT OF JONES.   It is ordered that Harold B. Jones, of Midland, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.